James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A. and UNILOC 2017 LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: 3:18-cv-00360-WHA<br>Case No.: 3:18-cv-00363-WHA<br>Case No.: 3:18-cv-00365-WHA<br>Case No.: 3:18-cv-00572-WHA<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION REGARDING DEFENDANT APPLE INC.'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING APPLE'S MOTION TO DISMISS** |

PLAINTIFFS' STATEMENT OF RECENT DECISION REGARDING DEFENDANT APPLE INC.'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING APPLE'S MOTION TO DISMISS     1     CASE NOS. 3:18-cv-00360-WHA; -00363-WHA; -00365-WHA; -00572-WHA

3202152.v1

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs Uniloc USA, Inc., Uniloc Luxembourg, S.A., and Uniloc 2017 LLC (collectively "Uniloc") hereby bring to the Court's attention a relevant judicial opinion published after the date of Uniloc's Opposition to Defendant Apple Inc.'s Motion for Reconsideration of the Order Denying Apple's Motion to Dismiss. *See* Case No. 3:18-cv-00360-WHA, Dkt. No. 178.[1]  In particular, Uniloc cites to and attaches the May 24, 2019, opinion of the Federal Circuit in *Uniloc USA, Inc. et al. v. ADP, LLC, et al.*, Case No. 2018-1132, Dkt. No. 97 (Fed. Cir. May 24, 2019).  More particularly, Uniloc directs the Court's attention to Section I(B) of the slip opinion, at pages 6-8.

Date:  May 28, 2019                                      Respectfully submitted,

*/s/ Aaron S. Jacobs*
James J. Foster
Aaron S. Jacobs (CA No. 214953)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

---

[1] Uniloc's Opposition in the -360 case is found at Docket No. 178.  The parties filed identical motion papers in the other three cases found in the caption.  Uniloc cites to the -360 docket for ease of reference.

| PLAINTIFFS' STATEMENT OF RECENT DECISION REGARDING DEFENDANT APPLE INC.'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING APPLE'S MOTION TO DISMISS | 2 | CASE NOS. 3:18-cv-00360-WHA; -00363-WHA; -00365-WHA; -00572-WHA |
|---|---|---|