Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Jennifer Greenblatt (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice*)
Emma C. Ross (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
Shaun Zhang (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com
szhang@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

(Additional counsel listed in signature block)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case Nos.: 3:18-cv-00360-WHA<br>3:18-cv-00363-WHA<br>3:18-cv-00365-WHA<br>3:18-cv-00572-WHA<br><br>**DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO UNILOC'S STATEMENTS OF RECENT DECISION (DKT. NOS. 191 AND 192)**<br><br>JUDGE: Hon. William Alsup |

Plaintiffs Uniloc USA, Inc., Uniloc Luxembourg, S.A., and Uniloc 2017 LLC (collectively, "Uniloc") have filed two Statements of Recent Decision, citing Local Civil Rule 7-3(d)(2). (Dkt. Nos. 191, 192.)[1] This rule, however, only permits parties to file statements without prior Court approval "[b]efore the noticed hearing date." Civ. L.R. 7-3(d)(2). The rule thus contemplates that there will be a hearing in the future, at which time the Court and the parties will have the opportunity to address the recent decisions. But Defendant Apple Inc.'s ("Apple") Motion for Reconsideration has no noticed hearing date. (*See* Dkt. No. 169.) Thus, L.R. 7-3(d)(2) does not appear to apply, and Uniloc has not otherwise sought leave pursuant to Civ. L.R. 7-11. Because there is no hearing scheduled, and because Uniloc did not file a motion under L.R. 7-11, Apple currently does not have an opportunity to address the cases cited in Uniloc's statements. Apple notified Uniloc of its intent to seek leave on this basis, and Uniloc indicated it would oppose this motion. (*See* attached Declaration of Doug Winnard.)

Apple therefore respectfully requests that the Court grant it leave to file the attached Exhibit A, providing a brief statement of no more than three pages regarding the recent decisions cited by Uniloc. In the alternative, Apple requests a hearing at the Court's convenience to address Uniloc's Statements of Recent Decision.

DATED: June 11, 2019              Respectfully submitted,

                                 */s/Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Jennifer Greenblatt (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice*)
Emma C. Ross (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
Shaun Zhang (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661

---

[1] All docket citations are to Case No. 3:18-cv-00360.

Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com
szhang@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

APPLE'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE RESPONSE TO UNILOC'S STATEMENTS OF
RECENT DECISION (DKT. NOS. 191 AND 192)

2

CASE NOS. 3:18-CV-00360-WHA;
-00363-WHA; -00365-WHA; -00572-WHA

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO UNILOC'S STATEMENTS OF RECENT DECISION (DKT. NOS. 191 AND 192)** has been served on June 11, 2019, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)

APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO UNILOC'S STATEMENTS OF RECENT DECISION (DKT. NOS. 191 AND 192)

3

CASE NOS. 3:18-CV-00360-WHA; -00363-WHA; -00365-WHA; -00572-WHA