IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC 2017 LLC, *et al.*,<br><br>           Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>           Defendant. | No. C 18-00360 WHA<br>No. C 18-00363 WHA<br>No. C 18-00365 WHA<br>No. C 18-00572 WHA<br><br>**ORDER ON ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO STATEMENTS OF RECENT DECISION** |

      The Court has reviewed defendant's administrative motion for leave to file a response to plaintiffs' statements of recent decision (Dkt. No. 194) and plaintiffs' opposition thereto (Dkt. No. 195).[*] Both defendant's request for leave to file the attached brief statement and plaintiffs' request for leave to file a response to defendant's statement are **GRANTED**. Both sides shall file their statements as separate docket entries by **JULY 5 AT NOON**.

      **IT IS SO ORDERED.**

Dated: July 3, 2019.

                                                        WILLIAM ALSUP<br>
                                                         UNITED STATES DISTRICT JUDGE

---

[*] All docket numbers referenced herein relate to Case No. C 18-00360.