UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNILOC USA, INC., et al.,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.

No. C 18-00360 WHA
No. C 18-00365 WHA
No. C 18-00572 WHA

**STATUS REPORT ORDER**

    The parties shall please file a status report regarding the appeals of the several *inter partes* reviews affecting these cases by **MAY 20 AT NOON**.

    **IT IS SO ORDERED.**

Dated: May 13, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE