Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
100 Wilshire Blvd., Ste.1760
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (312) 881-5191
kbaum@goldmanismail.com

*Counsel for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case Nos.:    3:18-cv-00358-WHA<br>                     3:18-cv-00360-WHA<br>                     3:18-cv-00365-WHA<br>                     3:18-cv-00572-WHA<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>JUDGE:     Hon. William Alsup |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE THAT**, effective June 1, 2021, the address of one of Defendant Apple Inc.'s attorneys of record, Kenneth Baum, has changed:

**OLD:**  Goldman Ismail Tomaselli Brennan & Baum LLP
    429 Santa Monica Boulevard, Suite 710
    Santa Monica, CA 90401
    Fax: (310) 382-9974

**NEW:**  Goldman Ismail Tomaselli Brennan & Baum LLP
    100 Wilshire Blvd., Ste.1760
    Santa Monica, CA 90401
    Fax: (312) 881-5191

   The telephone number and e-mail address will remain the same.

/ / /

/ / /

DATED: June 4, 2021                    Respectfully submitted,

                                     */s/ Kenneth Baum*
                                  Kenneth Baum (CA Bar No. 250719)
                                  GOLDMAN ISMAIL TOMASELLI
                                    BRENNAN & BAUM LLP
                                  100 Wilshire Blvd., Ste.1760
                                  Santa Monica, CA 90401
                                  Tel: (310) 576-6900
                                  Fax: (312) 881-5191
                                  kbaum@goldmanismail.com

                                  *Counsel for Defendant Apple Inc.*

## PROOF OF SERVICE

The undersigned hereby certifies that a true and correct copy of **NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANT APPLE INC.** has been served on June 4, 2021, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Kenneth Baum*
Kenneth Baum (CA Bar No. 250719)

NOTICE OF CHANGE OF ADDRESS OF COUNSEL
FOR DEFENDANT APPLE INC.

3

CASE NOS. 3:18-CV-00358-WHA; -00360-WHA;
-00365-WHA; -00572-WHA