| | |
|---|---|
| Aaron S. Jacobs (Cal. Bar No. 214953)<br>ajacobs@princelobel.com<br>James J. Foster<br>jfoster@princelobel.com<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>Tel: (617) 456-8000<br><br>Matthew D. Vella (Cal. Bar No. 314548)<br>mvella@princelobel.com<br>PRINCE LOBEL TYE LLP<br>357 S Coast Highway, Suite 200<br>Laguna Beach, CA 92651<br><br>Attorneys for Plaintiffs | Michael T. Pieja (CA Bar No. 250351)<br>Alan E. Littmann (pro hac vice)<br>Jennifer Greenblatt (pro hac vice)<br>Doug Winnard (CA Bar No. 275420)<br>Andrew J. Rima (pro hac vice)<br>Emma C. Ross (pro hac vice)<br>Shaun Zhang (pro hac vice)<br>GOLDMAN ISMAIL TOMASELLI<br>BRENNAN & BAUM LLP<br>564 W. Randolph St., Suite 400<br>Chicago, IL 60661<br>Tel: (312) 681-6000<br>Fax: (312) 881-5191<br>mpieja@goldmanismail.com<br>alittmann@goldmanismail.com<br>jgreenblatt@goldmanismail.com<br>dwinnard@goldmanismail.com<br>arima@goldmanismail.com<br>eross@goldmanismail.com<br>szhang@goldmanismail.com<br><br>Attorneys for Defendant Apple Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.:    3:18-cv-00572-WHA<br><br>**STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. ("Uniloc"), and Defendant Apple, Inc. ("Defendant") have agreed to settle the above matter, and therefore jointly stipulate and move under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss with prejudice all claims and counterclaims between the parties. Plaintiffs and Defendant shall each bear their own attorneys' fees, expenses, and costs.

| | | |
|---|---|---|
| Dated: June 22, 2021 | | Respectfully Submitted, |

Dated: June 22, 2021

Respectfully Submitted,

*/s/ Aaron S. Jacobs*
Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiffs

Dated: June 22, 2021

*/s/ Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (pro hac vice)
Jennifer Greenblatt (pro hac vice)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (pro hac vice)
Emma C. Ross (pro hac vice)
Shaun Zhang (pro hac vice)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eross@goldmanismail.com
szhang@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
100 Wilshire Blvd. Suite 1760
Santa Monica, CA 90401
Tel: (312) 681-6000
Fax: (312) 881-5191
kbaum@goldmanismail.com

Attorneys for Defendant

## **ATTESTATION OF E-FILED SIGNATURE**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for Defendant has concurred in this filing.

Dated: June 22, 2021  /s/ Aaron S. Jacobs